UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD L. MARSHALL                          )
Fed. Reg. No. 08573-001                     )
Rivers Correctional Institution             )
P.O. Box 630                                )
Winton, NC 27986-0630                       )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )        Civil Action No. 06-2136 (HHK)
                                            )        Electronic Case Filing
FEDERAL BUREAU OF PRISONS, ET AL.           )
320 First Street,  NW                       )
Washington, DC 20534                        )
                                            )
                Defendants.                 )
_____)

NOTICE  OF APPEARANCE

        THE CLERK OF THIS COURT will please enter the appearance of Special Assistant

United States Attorney Quan  K. Luong as counsel for the defendant in the above-captioned

case.

                                            Respectfully submitted,


                                            _____/s/_____
                                            QUAN K. LUONG
                                            Special Assistant United States Attorney
                                            United States Attorney's Office
                                            Judiciary Center Building
                                            555 4th Street, N.W. - Room  E4417
                                            Washington, D.C. 20530
                                            (202) 514-9150
                                            quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __16th__ day of February, 2007, a true and correct copy

of the foregoing Notice of Appearance was served by first class United States mail, postage

prepaid marked for delivery to:

GERALD L. MARSHALL
R# 08573-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986-0630

/s/

QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530