## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

GERALD L. MARSHALL,

        **Plaintiff,**

        v.

FEDERAL BUREAU OF PRISONS *et al.*,

        **Defendants.**

Civil Action 06-2136  (HHK)

---

## ORDER

This matter is before the Court on plaintiff's motion seeking permission to join pursuant to Fed. R. Civ. P. 20(a) as a plaintiff in *Forrester v. Federal Bureau of Prisons*, Civ. Action No. 06-1954, which is also pending before the undersigned judge.  Joinder is appropriate if plaintiff "assert[s] any right to relief jointly, severally, or in the alternative in respect of or arising out of the same transaction, occurrence, or series of [same] and if any question of law or fact common to all these persons will arise in the action."  Fed. R. Civ. P. 20 (a).  Although this action presents the same questions of law as those in *Forrester*, its factual basis is distinct to plaintiff's circumstances.  Moreover, the parties have completed briefing on defendants' dispositive motion; thus, joinder at this stage of the proceedings is neither efficient nor warranted. Accordingly, it is

      **ORDERED** that plaintiff's motion for joinder [Dkt. No. 5] is **DENIED**.

                _____s/s_____
                Henry H. Kennedy, Jr.
                United States District Judge

Date: September 12, 2007