UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALD L. MARSHALL,**<br><br>          **Plaintiff,**<br><br>          v.<br><br>**FEDERAL BUREAU OF PRISONS** *et al.*,<br><br>          **Defendants.** | Civil Action 06-2136  (HHK) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of October hereby

**ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.


                                        Henry H. Kennedy, Jr.
                                        United States District Judge